## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHAROAH CASTRO** | : CIVIL ACTION |
| | : |
| **v.** | : |
| | : |
| **DEPUTY DIRECTOR KASTORA, Et. Al.** | : |
| **Director of Correction, RN MICHELLE** | : |
| **CORA, RN JESSICA JONES, RN** | : |
| **JENNIFER MROZ, RN JENNIFER** | : |
| **KELLER, DR. THOMAS, Psychologist,** | : |
| **OFFICER THELESMA, RN KRISTEN** | : |
| **HUI, RN NICOLE REISS, JOHN DOE 1,** | : |
| **2, 3, KENNETH R. WOCZEWSKI, DR.** | : |
| **DANIEL HECKMAN, RN. PATRICIA** | : |
| **KIEBA, SUPERINTENDENT CYTHIAN** | : |
| **LINK, MEDICAL PROVIDER, MR.** | : |
| **KORSZNIAK, Health Care Administrator,** | : |
| **SECRETARY JOHN WETZEL,** | : |
| **SUPERINTENDENT MICHAEL** | : |
| **OVERMYER and MEDICAL PROVIDER,** | : |
| **All Sued in Defendants Individual** | : |
| **And Official Capacities** | : NO. 18-1029 |

## ORDER

**NOW,** this 20th day of September, 2018, upon consideration of the PrimeCare

Medical Defendants' Motion to Dismiss Plaintiff's Complaint (Document No. 15) and the

plaintiff's responses (Document Nos. 23 and 27), it is **ORDERED** that the motion is

**GRANTED.**

**IT IS FURTHER ORDERED** that the complaint is dismissed as to the defendants

Kenneth R. Wolczewski, D.O.; Alex Thomas, M.D.; Jennifer Mroz, PA-C; Jessica Jones,

LPN; Nicole Reiss, LPN, Jennifer Keller, RN; Kristen Hui, RN; and Michelle Cora, RN.

/s/TIMOTHY J. SAVAGE