# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHAROAH CASTRO | : CIVIL ACTION |
| v. | : |
| DEPUTY DIRECTOR KASTORA, Et. Al. Director of Correction, RN MICHELLE CORA, RN JESSICA JONES, RN JENNIFER MROZ, RN JENNIFER KELLER, DR. THOMAS, Psychologist, OFFICER THELESMA, RN KRISTEN HUI, RN NICOLE REISS, JOHN DOE 1, 2, 3, KENNETH R. WOCZEWSKI, DR. DANIEL HECKMAN, RN. PATRICIA KIEBA, SUPERINTENDENT CYTHIAN LINK, MEDICAL PROVIDER, MR. KORSZNIAK, Health Care Administrator, SECRETARY JOHN WETZEL, SUPERINTENDENT MICHAEL OVERMYER and MEDICAL PROVIDER, All Sued in Defendants Individual And Official Capacities | : : : : : : : : : : : : : NO. 18-1029 |

## ORDER

**NOW,** this 20th day of September, 2018, upon consideration of Wetzel, Link, Korszniak and Overmyer's Motion to Dismiss Complaint (Document No. 16) and the plaintiff's responses (Document Nos. 23 and 27), it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the complaint is dismissed as to the defendants John Wetzel, Cynthia Link, Joseph Korszniak, and Michael Overmyer.

/s/TIMOTHY J. SAVAGE