IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHAROAH CASTRO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DEPUTY DIRECTOR KASTORA, Et. Al.** | : | |
| **Director of Correction, RN MICHELLE** | : | |
| **CORA, RN JESSICA JONES, RN** | : | |
| **JENNIFER MROZ, RN JENNIFER** | : | |
| **KELLER, DR. THOMAS, Psychologist,** | : | |
| **OFFICER THELESMA, RN KRISTEN** | : | |
| **HUI, RN NICOLE REISS, JOHN DOE 1,** | : | |
| **2, 3, KENNETH R. WOCZEWSKI, DR.** | : | |
| **DANIEL HECKMAN, RN. PATRICIA** | : | |
| **KIEBA, SUPERINTENDENT CYTHIAN** | : | |
| **LINK, MEDICAL PROVIDER, MR.** | : | |
| **KORSZNIAK, Health Care Administrator,** | : | |
| **SECRETARY JOHN WETZEL,** | : | |
| **SUPERINTENDENT MICHAEL** | : | |
| **OVERMYER and MEDICAL PROVIDER,** | : | |
| **All Sued in Defendants Individual** | : | |
| **And Official Capacities** | : | **NO.   18-1029** |

## <u>ORDER</u>

**NOW,** this 20th day of September, 2018, the defendants' motions to dismiss having been granted and the complaint having been dismissed in its entirety, it is **ORDERED** that the plaintiff is granted leave to file an amended complaint no later than **October 19, 2018**.

                                            /s/TIMOTHY J. SAVAGE